# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Chapter 13

ANTONIE TROTMAN                  Bankruptcy No. 22-12237-MDC

6123 MORTON ST

PHILADELPHIA, PA 19144

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANTONIE TROTMAN

    6123 MORTON ST

    PHILADELPHIA, PA 19144

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 10/26/2022                                                              /s/ Kenneth E. West

                                                           _____
                                                           Kenneth E. West, Esquire
                                                           Chapter 13 Standing Trustee